AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GARY D. CHANEY,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-11-750**
**OFFICER PFAFF, et al.,**       **JUDGE EDMUND A. SARGUS, JR.**
      **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed December 13, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: December 13, 2012                        JOHN P. HEHMAN, CLERK

                                                     */S/ Andy F. Quisumbing*
                                                     (By) Andy F. Quisumbing
                                                     Courtroom Deputy Clerk